UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARY L. DANCE, JR.** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-1593 |
| v. | : | (JUDGE MANNION) |
| **COMMONWEALTH OF PENNSYLVANIA, et al.** | : | |
| Defendants | : | |
| | : | |

# ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Defendants' motion to dismiss (Doc. 23) is **GRANTED**;

**(2)** Plaintiff's claims under 42 U.S.C. §1983 that occurred before December 29, 2015 are **DISMISSED**;

**(3)** Plaintiff's claims under Title VII of the Civil Rights Act of 1964 that occurred before September 15, 2015 are **DISMISSED**;

**(4)** Plaintiff's document (Doc. 24), which the court construes as a motion to strike and motion for default judgment, is **DEEMED WITHDRAWN**.

**(5)** Defendants Colonel Marcus Brown, Lieutenant Colonel George Bivens, and Captain Gregory Bacher have no claims remaining against them and are hereby **DISMISSED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: February 4, 2019**
O:\MANNION\SHARED\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-1593-01-ORDER.DOCX