# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY L. DANCE, JR. | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-1593 |
| v. | : | (JUDGE MANNION) |
| COMMONWEALTH OF PENNSYLVANIA, et al. | : | |
| | : | |
| Defendants | : | |
| | : | |

## ORDER

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Dance's motion for reconsideration (Doc. 43) is **DENIED**.

s/ *Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**DATE: May 23, 2019**
18-1593-02-ORDER