## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**GARY L. DANCE, JR.**                          :

       **Plaintiff**                 :    **CIVIL ACTION NO. 3:18-1593**

      **v.**                          :      **(JUDGE MANNION)**

**COMMONWEALTH OF**                  :
**PENNSYLVANIA, et al.**
                                :

      **Defendants**                :

                                     :

## <u>ORDER</u>

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

    **(1)** Dance's motion for leave to file a supplemental pleading, (Doc. 63), is **GRANTED**.

                                  s/ *Malachy E. Mannion*

                                **MALACHY E. MANNION**
                                **United States District Judge**

**DATE: December 2, 2019**
18-1593-03-ORDER